■ CORN HILL LANDING, L.L.C., Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 111324.) [832 NYS2d 833]—Motion

granted, appeal and cross appeal dismissed without costs as moot, order vacated and action dismissed. Present—Scudder, P.J., Martoche, Smith, Centra and Peradotto, JJ.